IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

TYRON NUNN a/k/a TYRONE NUNN,    )
                                  )
                Petitioner,        )
                                  )
        vs.                       )        No. CIV-13-660-C
                                  )
PAUL KASTNER, Warden, Federal     )
Transfer Center, Oklahoma City,   )
                                  )
                Respondent.        )

ORDER OF DISMISSAL WITHOUT PREJUDICE

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Gary M. Purcell, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Purcell entered a Report and Recommendation on June 28, 2013. Petitioner has filed a pleading entitled "Rule 60(b)(3) & 60(b)(4) Motion" (Dkt. No. 6), which the Court will assume he intends as his Objection. The Court therefore considers the matter de novo.

Judge Purcell's Report and Recommendation aptly collects the plethora of cases Petitioner has filed all over the country, practically all of which have been dismissed as frivolous. This one fares no better. Petitioner cannot attack his federal conviction in this Court.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, this petition for habeas corpus relief

is dismissed without prejudice to the filing of a § 2255 in the Court of conviction. All pending motions are denied.

IT IS SO ORDERED this 29th day of July, 2013.

ROBIN J. CAUTHRON
United States District Judge